IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHERYL WRIGHT NAVAREZ, o/b/o J.D.N.M.,    *

          Petitioner,    *

v.    Case No.  4:26-cv-574-CDL-CHW

            *

WARDEN, STEWART DETENTION CENTER,

            *

          Respondent.

            *

**J U D G M E N T**

Pursuant to this Court's Order dated 7/23/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of July, 2026.

        David W. Bunt, Clerk

        s/ Elizabeth S. Long, Deputy Clerk